**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YRC Inc. | ) | Case No. 23-11087 |
| | ) | |
| Debtor. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

     PLEASE TAKE NOTICE that Highland Investments, L.L.L.P. appears herein through its counsel, Alan Sweetbaum of Sweetbaum Miller PC, and requests pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Alan D. Sweetbaum, Esq.
Sweetbaum Miller PC
1200 17th Street, Suite 1250
Denver, CO 80202
or by electronic mail to asweetbaum@sweetbaumlaw.com

     Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic transmission or otherwise: (1) which affect or seek to affect in any way any rights or interests of creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

     Dated this 14th day of September, 2023.

                                          Sweetbaum Miller PC

                                          By: *S/Alan D. Sweetbaum*
                                               Alan D. Sweetbaum, #13491
                                               1200 17th Street, Suite 1250
                                             Denver, CO 80202
                                             (303) 296-3377
                                             asweetbaum@sweetbaumlaw.com
                                             Attorneys for Highland Investments,
                                             L.L.L.P.

.